# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 17-00075-AG |
| EDUARDO GUZMAN, aka Vicente Guzman  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant Eduardo Guzman_, IT IS ORDERED that a detention hearing is set for _Wednesday, August 16_, _2017_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _John D. Early_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _August 14, 2017_     John D. Early
     ~~U.S. District Judge~~/Magistrate Judge